by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Roberto ALDAPE–ORTIZ,
Defendant–Appellant.

No. 03–51437.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Roberto Aldape–Ortiz, Big Spring, TX, pro se.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Roberto Aldape–Ortiz ("Aldape") has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

L.Ed.2d 493 (1967). Aldape has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregorio ORTIZ–GUERRA, also
known as Juiquin Quiroz,
Defendant–Appellant.

No. 04–10186.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Marc Woodson Barta, Dallas, TX, for Plaintiff–Appellee.

Douglas A Morris, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Gregorio Ortiz–Guerra concedes that

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hugo RIOS–MACIAS, Defendant–**
**Appellant.**

No. 04–10182.

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Marc Woodson Barta, Dallas, TX, for Plaintiff–Appellee.

Douglas A. Morris, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Hugo Rios–Macias concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**Rosemary Ann KNIGHT,**
**Plaintiff–Appellant,**

v.

**Donald H. RUMSFELD, Secretary, De-**
**partment of Defense, DOD DeCA (De-**
**fense Commissary Agency) Agency,**
**Defendant–Appellee.**

No. 04–50272.

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 19, 2004.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.